# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**HERMINIA ALVARADO**                                                               **PLAINTIFF**

**v.**                         **Case No. 4:17-cv-00414-KGB**

**AMERICA'S PREOWNED
SELECTION LLC**                                                       **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation for voluntary dismissal with prejudice (Dkt. No. 37). The parties stipulate that this matter should be dismissed with prejudice, and each party should bear its own costs and fees (*Id.*). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal (*Id.*). The action is dismissed with prejudice, and each party will bear its own costs and fees. The pending motion is denied as moot (Dkt. No. 26).

So ordered this 24th day of April, 2019.

                                                                             */s/ Kristine G. Baker*
                                                                              Kristine G. Baker
                                                                              United States District Judge